Case 7:16-cv-01469-AKK-JEO   Document 1   Filed 09/07/16   Page 1 of 6

FILED
2016 Sep-07 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

THOMAS CRAWFORD
_____

_____

_____

CV-16-E-1469-W

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

CAPTAIN John Hutton
Sgt. Hines
Dr. David Pavlokovic
Warden Willie Thomas Et.Al

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (4)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? ⌀

6. Approximate date of filing lawsuit ⌀
7. Approximate date of disposition ⌀

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:
      1. What steps did you take? **I Filed several Grievence To Sgt.**
      2. What was the result? **No Action was Taken**

   D. If your answer is NO, explain why not? ⌀

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **Thomas Crawford**

Address **565 Bibb Lane, Brent Ala. 35034**

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Captain John Hutton
   is employed as Captain of Security
   at Bibb County Correctional Facility

C. Additional Defendants Sgt. Hines
   Dr. David Pavlokovic
   Warden Willie Thomas

## IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On June 3, 2016 I was assigned to B-3 Modification Dorm, open segregation unit" when I was stabbed three times, by two inmates and there was no officer for security working in the dormitory as allowed.

I entered into an altercation with inmate Travis Pickett, which led to me being stabbed three times with a prison made knife, in which after the altercation" inmate Pickett got out of the modification lock up dorm without officers knowing and went to the prison population and some how became able to receive prison made knifes.

When he returned to the modification dorm he

- 3 -

Met with Inmate Biaz Jones, And as I was standing in front of the Dormitory under the Video Surveillance Camera's, Inmate Biaz Jones came up behind me and stabbed me twice in the neck, and when I tried to turn around, Travis Pickett stabbed me again in the upper sholder, and I then made my way to the

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Court to take action, for lack of Prison security is what caused me to be stabbed and due to punitive damages, mental stress I am asking the Court for a 150,000.00 Thousand Dollars

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-29-16
(date)

Thomas Crawford "
Signature(s)

Dormitory Door, when Sgt. Hines observed me from the Dorm Cubicle, and ran out of the Cubicle to assist me, but Sgt. Hines already observed the incident taking place, and he radio'ed for assistance" and got me out of the Dorm, and rushed me to the Health Care Unit and while at Health Care I advised Sgt. Hines that Biaz Jones was the one who stabbed me twice from behind me, and he stated that he already knew that Travis Jones was involved.

This incident was uncalled for and could have been prevented, but due to lack of security being in the Dormitory, there was only video surveillance along with Sgt Hines, but after being looked at upon Health Care by Doctor David Pavlokovic, he told me I was stabbed twice besides my main artery in the neck, and once upon my left shoulder, but the only thing the Doctor done was wiped iodine on the wound, and staple the wound after being numbed, but never was I x-rayed or taken a CAT-Scan of my neck, to see if there was any internal damage done.

On the same day June 3, 2016 after being treated at Health Care, Captain John Hutton locked me up in a 2 man cell, instead of having left in Health Care for proper treatment, as I remained in a 2 man cell for 2 days constantly receiving severe pains, and on

(2)

June 4, 2016 Officer Penn is the one I called on for to take me to Health Care, and on June 5, 2016 I was back in the 2 man cell, when my same problem arose once again, and I was returned to Health Care and kept over night, and on June 6, 2016 I was taken to Bibb County Medical Center and received a CAT-SCAN.

I was then placed on migrain Excedrin pills, but my problem of pain continues this day to carry on, and I have filed several sick call forms, but received no treatment, and I've filed several grievances on 6-19-16, 6-17-16, x 2, 8-2-16 and 8-16-16, and I'm continuing.